

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Carolyn K. Depoian**<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-0430<br>Fax: (212) 788-9776<br>cdepoian@law.nyc.gov |

February 1, 2012

**BY ECF and FAX (718) 613-2365**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Andrew Lenning v. The City of New York, et al.</u>, 11 CV 3873 (JBW)(CLP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants City of New York and Police Officer Dominick Raso in the above-referenced matter. Defendants write, on behalf of all the parties, to respectfully inform the Court that the parties have reached a settlement agreement in this matter. Accordingly, the parties respectfully request that the Court adjourn, *sine die,* all currently scheduled deadlines and appearances, including the upcoming status conference, which is currently scheduled for February 2, 2012 at 2:00 p.m.

Pursuant to the parties' agreement, defendants are in the process of forwarding the necessary settlement documents to plaintiff for execution. Upon receipt, defendants will forward an executed Stipulation of Settlement and Order of Dismissal to the Court for endorsement and filing.

Thank you for your consideration herein.

Respectfully submitted,

Carolyn K. Depoian
*Assistant Corporation Counsel*

cc:   Alexander M. Dudelson, Esq. (by ECF)
       *Attorney for Plaintiff*